[No. 48002-2-I.   Division One.   June 24, 2002.]

TAHOMA SCHOOL DISTRICT NO. 409, *Appellant*, v. BURR
LAWRENCE RISING & BATES, ARCHITECTS, P.S., ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-52566-3, Peter D. Jarvis, J., entered
November 29, 2000. *Reversed* by unpublished opinion per
Schindler, J., concurred in by Baker and Appelwick, JJ.

[No. 48307-2-I.   Division One.   June 24, 2002.]

THOMAS F. GUMPRECHT, ET AL., *Appellants*, v. THOMAS SETO, ET
AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 99-2-19681-3, R. Joseph Wesley and Michael
Heavey, JJ., entered September 12, 2000 and April 13,
2001. *Affirmed* by unpublished opinion per Appelwick, J.,
concurred in by Baker and Schindler, JJ.

[No. 48412-5-I.   Division One.   June 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ARTHUR
HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-06639-9, James D. Cayce, J., entered April
23, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48561-0-I.   Division One.   June 24, 2002.]

BARBARA S. ALSHEIKH, *Appellant*, v. THE CITY OF SEATTLE,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-51890-0, John P. Erlick, J., entered April
20, 2000. *Affirmed* by unpublished per curiam opinion.